■ In the Matter of NATHANIEL JAY, Petitioner, v HAROLD D. GRAHAM et al, Respondents. [997 NYS2d 652]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order

of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered May 13, 2014) to review a determination of respondents. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Centra, Fahey, Lindley and DeJoseph, JJ.